CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 16 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| WILLIAM SILVIOUS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:09CV00063 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge to set forth his proposed findings. The Magistrate Judge filed a report recommending that an order be entered, affirming the final decision of the Commissioner denying plaintiff's claim for Social Security disability benefits. Plaintiff objected to that report, and the court heard oral argument on plaintiff's objections.

Plaintiff's insured status expired on December 31, 2003, and the Administrative Law Judge found that plaintiff was not under a disability before that date. The court has reviewed the administrative record in this matter and concludes that there is substantial evidence to support the Administrative Law Judge's finding..

Accordingly, the Court adopts the Magistrate Judge's report and recommendations, and it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner denying plaintiff's claim for Security Disability benefits is **AFFIRMED**, summary judgment is **GRANTED** to the Commissioner, and this case is stricken from the docket of the court.

**ENTER**: This August 16, 2010.

_____
UNITED STATES DISTRICT JUDGE